IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01691-LTB

PAUL TINSLEY, # 107062,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO,  and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 16, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 16 day of October, 2012.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/L. Gianelli
                        Deputy Clerk